Case Number : 12-1500065-CR
Trial Court Case Number : 241-1607-14

Twelfth Court of Appeals

TYLER IN COURT OF APPEALS
12th Court of Appeals District
MAR 2 5 2015
TYLER, TEXAS
CATHY S. LUSK, CLERK

Sunday, March 22, 2015

Gayland Decloyce Williams
vs.
The State of Texas

IN THE 12TH DISTRICT
Court of Appeals IN
Tyler ; Smith County, Texas

To whom It may Concern :

Sir. "or" Madam

The nature of this brief letter is to inform you'll that I will be in need of some Assisstant in this matter concerning : Case Number : 12-15-00065-CR , Trial Court Case Number : 241-1607-14 ; Gayland Decloyce Williams Vs. The State of Texas in The Twelfth Court of Appeals.

I have no ability to obtain an attorney and would desire the court to appoint an attorney to defend me.

As I read my paperwork is ; Mr. Michael J. West, Assisstant District Attorney, Is he my counsel appoint to defend me? If so would you'll be so kindle to see If he would/will come and see me as soon as possible.

I need some understanding of how to file my brief within the timeline period. Reason being is I am scheduled to go to the Texas Department of Criminal Justice - Institutional Division, on my punishment of 10 years. Will this delay me of having access to court while being moved? Are will I have to stay here in the County Jail until my case is resolved?

Prayer

Wherefore premise considered, Respont respectfully prays this Honorable Court: Twelfth Court of Appeals... Thus, granting me counsel to defend me. And to remain in the Smith County Jail until my case is resolved to the next step.

Respectfully Submitted

Gayland Decloyce Williams
Gayland Decloyce Williams

VERIFICATION

I Gayland Decloyce Williams, Smith County Jail Inmate Number #18465, being presently incarcerated in Smith County Jail in Tyler, Texas, do hereby verify and declare under Penalty of Perjury that the foregoing Pauper's Oath Application, Letter to the Court, and Twelfth Court of Appeals Certification of Defendant's Right to Appeal is all true and correct as well as offered in Good Faith.

[ Civ. Prac. & Rem. Code § 132. 001. 001. - 3. Et. Seg. /
128 U.S.C. § 1746 ]

Signed & Executed on this the ___22___ day of
___March___ 2015